**Order entered November 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00634-CV

### TODD PRUETT, Appellant

### V.

### MICHAEL PITTMAN, M.D., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

We **GRANT** appellee's November 19, 2013 unopposed motion for an extension of time

to file a brief.  Appellee shall file his brief on or before December 5, 2013.


          /s/     ADA BROWN
                  JUSTICE